EXHIBIT D

EX-10.37 3 f10k2015ec10ccex0i_omagine.htm THE MURABAHA FACILITY AGREEMENT BETWEEN OMAGINE LLC AND MASRAF AL RAYAN BANK

Exhibit 10.37

https://www.sec.gov/Archives/edgar/data/8206600/000101376021 60...




## Murabaha Facility Agreement

### المرابحة تسهيل اتفاقية

This agreement is made on 22 / 11 / 2015 by and between:

(1) Masraf Al Rayan (a Qatari shareholding Co.) licensed under Qatar Central Bank and registered under Commercial Registration No. (26452) with its head office at ... , Doha - Qatar (hereinafter referred to as the First Party);

(2) M/s. OMRANE LLC. CR No. (96239), ... with its head office at ... , Sultanate of Oman, represented by ... (hereinafter referred to as the Second Party).

Collectively referred to as the Two Parties and/or the Parties.

The Two Parties being in this full legal capacities have formally agreed as follows:

### Preamble

**First : Purpose of the Agreement – Murabaha Sale**

(a) This Agreement sets out the terms and conditions upon which the two parties may agree from time to time to enter into purchase transactions whereby the Customer purchases from the Bank ...

(b) For the purpose of this Agreement:

(c) ...

(d) ...

(e) ...



https://www.sec.gov/Archives/edgar/data/820600/000101376216016...

1

1/11/2019, 10:55 AM

https://www.sec.gov/Archives/edgar/data/820600/000101376216 0...

https://www.sec.gov/Archives/edgar/data/820600/000101376216O...



MASRAF AL RAYAN



| | | |
|---|---|---|
| 2. | **Reference:** | |
| | Reference in the Clauses and Appendices are references to the Clauses and Appendices of this Agreement. | |
| 3. | **Headings:** | |
| | The Headings of the Clauses are not part of this Agreement and for this purpose of reference to the Clauses under these Heading shall be ignored when interpretation of this Agreement. | |
| 4. | **Definitions:** | |
| | In this Agreement, unless the context otherwise requires, the following words and expressions shall have the meaning set against each of them. | |
| | **Business Day:** Means the day (other than Friday and Saturday) on which banks are open for business in Doha. | |
| | **Commodities:** Means all temporarily acceptable commodities including metals (other than) gold and silver. | |
| | **Payment:** also Means the date on which the total price is paid to Al Rayan. | |
| | **Murabaha Documents:** Means Currency Certificate. | |
| | **Cost Price:** Means the commodity price (profit) in relation to purchase of commodities excluding any commissions or expenses paid by Al-Rayan. | |
| | **Sale Price:** Means the amount payable by the Customer in relation to the Commodities represented by this Sale Price plus accrued profit and profit. | |
| | **The Customer's Acceptance:** Means the acceptance of the Customer to the terms set in the second paragraph of Article (5). | |
| | **Franchise:** Means the franchise granted by Al Rayan to the Customer to resale the Commodities represented by the transactions to be entered pursuant to this Agreement. | |
| | **Al Rayan's Order:** Means the offer from Al Rayan in the form as catches out this form Applicable. | |
| | **Sale Transaction:** Refers only one transaction between the two parties concerning also the relations Al Rayan in the form set out in the form Applicable and the acceptance from the Customer as set out in the form Applicable as (Sale Transaction Complete) means | |
| | **Appendices Documents:** The Applicable | |
| | Documents shall be applied to which number of copies issued by the legal relation of the Customer in connection as Al Rayan may bind in relation to the transaction to be binding by Al Rayan to be bind herein. Copies received to be bind shall constitute to the valid Applicable and be bind in relation to a connection relationship between connection to Al Rayan to be Achieved Securely. | |

https://www.sec.gov/Archives/edgar/data/820600/00010137621160...

2

https://www.sec.gov/Archives/edgar/data/820600/000101376216...

1/11/2019, 10:55 AM

of 30





مصرف الريان
MASRAF ALRAYAN

| | | |
|---|---|---|
| | 1 | Corporate Documents |
| | (i) | A certified copy of the constitutional documents of the Customer including, but not limited to: |
| | (a) | The Customer's Memorandum and/or Articles of Association and any amendments thereto (if available); and |
| | (b) | The Customer's Commercial Registration Certificate. |
| | (c) | A copy of a resolution of the board of directors of the Customer... |
| | (d) | ... |
| | (e) | ... |
| | | |
| | | **Implementation** |
| | | ... |

https://www.sec.gov/Archives/edgar/data/820600/000101137621660...

3

https://www.sec.gov/Archives/edgar/data/820600/000101376160...

https://www.sec.gov/Archives/edgar/data/820600/000101376216160...



1/11/2019, 10:55 AM



https://www.sec.gov/Archives/edgar/data/820600/000101317621060...

4

https://www.sec.gov/Archives/edgar/data/820600/000101013762160...

1/11/2019, 10:55 AM

https://www.sec.gov/Archives/edgar/data/820600/000101376216o...



(9) In the event this Customer desires to add the commodities to be traded through Al Rajhan this shall take place as follows:

(A) The Customer undertakes to stipulate in the assignment Acceptance the details of the commodities.

(B) This Customer undertakes to notify Al Rajhan by filling out the Power of Attorney form in the manner set out in the Opening Agreement by any of the lines used in communication between the parties provided the Customer acknowledges that whatever is provided by the Customer by the e-mail, SWIFT or by the Dealing Screen shall be deemed to be an acknowledgement, and the issuance of the Second Agreement whether it shall be considered and if proved of delivery from the Customer to continue to receive the commodities.

Article (4)
Clearing

(C) Al Rajhan will be incapable to clear from each foot at the Customer is a account the commodities before receiving the price.

This Agreement shall not be valid unless the Customer submits to Al Rajhan the following Guarantees:
1. 100% cash margin to cover its total amount of facility (example = profit).

Article (5)
Representations and Warranties
by the Customer

This Customer may, at any time, pay to Al Rajhan the advance may remain before its due date, whether in full or partially as per this Agreement.
NRR may, but not obliged to do so, may notice the amount of the price at its absolute discretion as requested by the Customer.

Article (6)
Representations and Warranties
by the Customer

The Customer makes the following representations and warranties to Al Rajhan as follows:

(I) There has been no material adverse change in its business or financial condition since the date on which the Facility is a transaction is entered into by Al Rajhan. Material Adverse Change means an event or circumstance of whatever nature which, in the opinion of Al Rajhan's likely to (obstruct the Customer in a position to pay any of its under the representations any agreement to which Al Rajhan is a party.)

https://www.sec.gov/Archives/edgar/data/820600/000101376216 0...

https://www.sec.gov/Archives/edgar/data/820600/000101376216160...



مصرف الراجحي
AL RAJHI BANK



### Clause (4)
### Representations and Covenants

Each Party represents and covenants to the other as follows:

4.1  It has the legal capacity to enter into this Agreement and each Sale Transaction hereby contemplated.

4.2  On execution of this Agreement, and each document delivered by it under this Agreement to which it is or may be duly authorized and a valid contract to be so.

4.3  Each Sale Transaction entered into pursuant to this Agreement will be binding on and enforceable against it in accordance with any term, and experiences to which it is a party.

4.4  It has and will as well and relevant funds treatment of authorizations, approvals, licenses and consents required to enable it lawfully perform its obligations under this Agreement.

4.5  All Payin represents that the commodities are secured by and they are identified upon its sale thereof to the Customer...

https://www.sec.gov/Archives/edgar/data/820600/000101376216016...

6

https://www.sec.gov/Archives/edgar/data/820600/000101013762160...

https://www.sec.gov/Archives/edgar/data/820600/000101376216C...

1/11/2019, 10:55 AM





https://www.sec.gov/Archives/edgar/data/820600/000101013762160...

7

https://www.sec.gov/Archives/edgar/data/820600/000101376216 0...

https://www.sec.gov/Archives/edgar/data/820600/000101376216...



مصرف الراجحي
MASRAF AL RAJHI

| | |
|---|---|
| ٤ | ... |
| The Customer undertakes to bear and bear all the expenses that result from or by the method of sending the commodities to the owner and the delivery costs to do the customer is the to say all the freight insurance. | (16) (مادة)<br>**Waivers** |
| If any of the parties fails to use the right of a party in enforcing itself doing right or remedy or if any term hereunder gives such right not be deemed to be a waiver of such right of enforcement shall not prejudice in any manner the right of any other party hereunder. | (17) (مادة)<br>**Entire Agreement** |
| In the event any provision of this Agreement, or any : Sub Transaction hereunder becomes illegal, invalid or unenforceable in any way, the legality, validity and enforceability of the remaining provisions hereof or any other "Sub Transaction shall not be affected or impaired thereby. | (18) (مادة)<br>**Severability** |
| (A) Party has the right to but must represent the jure transfer its rights particular agreements and any prior increase or any other greement provided by the Customer to any other person or entity without obtaining the permission of the Customer with the consent. Party A hereunder may notify the Customer in writing such consent.<br>The Customer has no right to transfer its rights or obligations arising out of this Agreement to any third part without a written approval of Bank. | (19) (مادة)<br>**Succession and assignment** |
| This Agreement constituted and jurisdiction, in any of its other states. In such states of whatever under whatever provision governing the Agreement constituted under jurisdiction terms hereof shall be interpreted or construed in accordance to any part hereto shall waive its rights that resolution interpretation or session of otherwise and any such terms of this matter shall be... | (20) (مادة)<br>**Miscellaneous terms** |

https://www.sec.gov/Archives/edgar/data/820600/000101376216 0...

8

https://www.sec.gov/Archives/edgar/data/820600/000101376160...

https://www.sec.gov/Archives/edgar/data/820600/000101376160...

https://www.sec.gov/Archives/edgar/data/820600/000101376216O...

9

https://www.sec.gov/Archives/edgar/data/820600/000101376216 0...

https://www.sec.gov/Archives/edgar/data/820600/000101376216...

مصرف الريان
MASRAF AL RAYAN

| | |
|---|---|
| ٢- | Notice by e-mail or facsimile shall be deemed effective at the time of transmission thereof, provided that the appropriate acknowledgement in case of e-mail, and confirmation of transmission receipt in case of fax shall have been received | بعد فتح الموعد عليه إلكترونياً أو بالفاكس صحيحاً من تاريخ وقت إرسال، شريطة التأكد من الاستلام في حالة الإرسال بالبريد الإلكتروني والتأكد من استلام الفاكس في حالة الإرسال بالفاكس. |

This Agreement may be executed in two identical original counterparts, both duly signed by the Two Parties and each Party hereto has received one of them to act accordingly and has been drafted in both Arabic and English languages provided that the Arabic version thereof shall always be the ratified and authoritative one.

| The First Party<br>Masraf Al Rayan | The Second Party<br>The Customer | الطرف الثاني<br>العميل | الطرف الأول<br>مصرف الريان |
|---|---|---|---|
| Name: Mohammed Saoud Al Emadi | Name: FEDERICO TRENDINI | | |
| Title: AGM, Wholesale Banking Group | Title: MANAGING DIRECTOR | | |
| Signature: | Signature: | | |
| Date: 26/11/2015 | Date: 29/11/2015 | | |

https://www.sec.gov/Archives/edgar/data/820600/000101376216 0...

10

https://www.sec.gov/Archives/edgar/data/820600/000101376160...

Exhibit 10.36

EX-10.36 2 f10k2015ex10xxxvi_omagine.htm THE MASRAF AL RAYAN TERM SHEET

https://www.sec.gov/Archives/edgar/data/820600/00010137621260...



مصرف الريان
MASRAF AL RAYAN

November 05, 2015

## FINAL TERM SHEET
## Omagine LLC

### To finance the development and construction of the Omagine Project's Phase 1 in Oman

*The terms and conditions outlined below are not a comprehensive statement of all applicable terms and conditions. This offer is subject to satisfactory completion of all necessary legal documentation, Shariah Supervisory Board and compliance to Qatar Central Bank rules and regulations. All terms & conditions outlined in this document are strictly confidential and should not be disclosed to any third-party without the prior written approval of Masraf Al Rayan*

| | |
|---|---|
| **Obligor:** | Omagine LLC |
| **Financier:** | Masraf Al Rayan "MAR" |
| **Facility Type:** | Commodity Murabaha |
| **Amount:** | USD 25,000,000 (Twenty Five Million US Dollars) |
| **Currency:** | USD |
| **Purpose:** | To finance the development and construction of the Omagine Project's Phase 1 in Oman. |
| **Tenor:** | 12 Months |
| **Profit Rate:** | 12Months USD LIBOR + 1.00% p.a. |
| **Feasibility Study Fees:** | Nil |
| **Signing Date:** | Date of signing of the Facility Documentation. |
| **Effective Date:** | Date on which Conditions Precedent are met or waived, as advised by Masraf Al Rayan. The Effective Date to occur within fifteen (15) days of the Signing Date. |
| **Availability Period:** | 1 month |
| **Prepayment:** | In case of prepayment, Obligor must provide:<br>1. 90 calendar day's written notice.<br>2. Masraf Al Rayan is given the first right of refusal for any refinancing. |
| **Shariah Compliant Transaction:** | Disbursements under the Facility will be effected during the availability period by way of a Shariah Compliant Transaction |
| **Deferred Payment:** | Purchase Price plus Profit Amount. |

مصرف الريان ش.م.ق ص.ب ٢٨٨٨٨ الدوحة - قطر
هاتف: ٤٤٢٥ ٣٣٣٣ ٩٧٤+ فاكس: ٤٤٢٥ ٣٣٨٩ ٩٧٤+ www.alrayan.com
Masraf Al Rayan P.O. Box 28888 Doha - Qatar
Tel: +974 4425 3333 Fax: +974 4425 3389 www.alrayan.com

OMAGINE0013112300

https://www.sec.gov/Archives/edgar/data/820600/00010137621601...

https://www.sec.gov/Archives/edgar/data/820600/0001013762160....



MASRAF AL RAYAN

**Security:**
Lien on cash in the amount and currency equivalent to the aggregate of facility's amount and applicable deferred profit ("Cash Collateral") to be placed in the client's USD current account.

For avoidance of doubt, the Cash Collateral shall not accrue any profit during the facility's tenor.

**Repayment:**
Bullet payment of principal and applicable profit at maturity.

**Business Days:**
Days on which banks are generally open for business in the State of Qatar.

**Status:**
The obligations under the Facility Documentation (where applicable) shall constitute the direct, unconditional and un-subordinated obligations of Obligor and shall rank *pari passu* with all its other present and future unsecured and un-subordinated obligations.

**Facility Documentation:**
Final Term Sheet and Shariah compliant financing documentation (" the Agreement") between Obligor and "Masraf Al Rayan"

**Mandatory Prepayment:**
Masraf Al Rayan may cancel its commitment and / or require prepayment of the entire facility amount, if, there is any breach on any covenants that would be discussed and agreed with the Obligor.

Failure by the Obligor to provide a new request to enter into a new Shariah Compliant Transaction at least ten (10) Business Days prior to the Maturity Date of the maturing Shariah Compliant Transaction will result in a Mandatory Prepayment, unless otherwise agreed in writing by Masraf Al Rayan.

Any refinancing, which should take out this facility should trigger a Mandatory Prepayment with Masraf Al Rayan having first right of refusal.

Any such prepayments made by the Obligor will be reduced from the facility amount and Masraf Al Rayan will not be obligated to make up for the amount prepaid under this clause and the Deferred Payment Price then outstanding shall be reduced to the extent of the amount prepaid under this clause.

2

https://www.sec.gov/Archives/edgar/data/820600/000101376216...

https://www.sec.gov/Archives/edgar/data/820600/000101376216Ø...



https://www.sec.gov/Archives/edgar/data/820600/000101013762160...



MASRAF AL RAYAN

**Representations:**

The Obligor will make each of the following representations customarily for a facility of this kind, including, without limitation, on the date of the Agreement and on the date of each offer to purchase.

(a) Status
(b) Binding obligations
(c) Non conflict with other obligations
(d) Power and authority
(e) Validity and admissibility in evidence
(f) Governing law and enforcement
(g) No material change since the last audited financial statements
(h) No deduction of tax
(i) No filing or stamp taxes
(j) No default
(k) No misleading information
(l) Financial statements
(m) Pari Passu ranking
(n) No proceedings pending or threatened
(o) Solvency

**Information Undertakings:**

The Obligor shall supply to Masraf Al Rayan each of the following:

a) As soon as they become available, but in any event within 120 days of the end of its financial year it's audited consolidated financial statements.

b) As soon as they become available, but in any event within 90 days of the end of its financial half year its consolidated financial statements

c) Details of any material litigation, arbitration or administrative proceedings

d) Such other information regarding its financial condition, business and operations as Masraf Al Rayan may reasonably request.

**General Undertakings:**

The following undertakings will be included in the Agreement in respect of the Obligor, including, without limitation:

(a) Authorisations
(b) Compliance with laws
(c) Disposal of assets
(d) Restriction on merger
(e) No change of business

3

https://www.sec.gov/Archives/edgar/data/820600/000101376216O...

https://www.sec.gov/Archives/edgar/data/820600/000101376216o...



مصرف الريان
MASRAF AL RAYAN

**Events of Default:**

Each of the following events of default will be included in the Agreement in respect of the Obligor, including, without limitation:

(a) Non-payment
(b) Any financial covenant not satisfied
(c) Failure to comply with any other obligations
(d) Misrepresentation
(e) Cross default
(f) Insolvency
(g) Insolvency proceedings/ creditors' process
(h) Unlawfulness
(i) Repudiation
(j) Material adverse change
(k) Failure to pay final judgement

**Assignments & Transfers:**

Masraf Al Rayan may assign any of its rights or transfer by novation any of its rights and obligations to another bank or financial institution or to a trust fund or other entity which is regularly engaged in or established for the purpose of making, purchasing or investing in financing, loans, securities or other financial assets provided that Masraf Al Rayan provides fifteen (15) days' notice to the Obligor.

The consent of the Obligor will be required (not to be unreasonably withheld or delayed) for any assignment or transfer, except in cases of assignment or transfer by the Financier to any of its affiliates, to any other Financier (or any affiliate thereof) or whilst an Event of Default is continuing. Such consent may be withheld if the Obligor is not able to complete its "Know your customer" checks for the proposed Financier or in the event that assignment or transfer would result in an increase in any amount payable by the Obligor under the Facility by way of tax gross-up or indemnity. The Obligor will be deemed to have given its consent if no express refusals received within fifteen (15) Business Days.

**Conditions Precedent:**

These will include, the following, without limitation, in relation to the Obligor in form and substance satisfactory to Masraf Al Rayan;

(a) Constitutional documents
(b) Resolution of board of directors
(c) Specimen signatures
(d) Certification of copy documents
(e) Execution of Facility Documentation
(f) Evidence of payment of all fees, costs and expenses then due from the Obligor under the Agreement
(g) Fatwa issued by Masraf Al Rayan Shariah Committee approving the Facility Documentation
(h) Perfection of the Security documents
(i) Legal opinion by Masraf Al Rayan Legal Counsel on KYC documents, Obligor capacity to borrow and enforceability of security documents,



1/11/2019, 10:56 AM

1 of 15

https://www.sec.gov/Archives/edgar/data/820600/0001013762160...

https://www.sec.gov/Archives/edgar/data/820600/000101376216...

https://www.sec.gov/Archives/edgar/data/820600/0001013762160...

**Miscellaneous Provisions:**

The Agreement will contain provisions relating to tax, gross up, late payment charges, market disruption, and indemnities and set-off. The Agreement will also include a provision relating to currency shortfall and customary provisions relating to mitigation by the Financiers.

Any late payment charges received by Masraf Al Rayan will be used to (i) firstly, pay any actual costs (not to include any opportunity costs or funding costs) incurred by the Financier as a result of such late payment and (ii) secondly, to donate the remaining amount, to a charity or charities.

**Expenses:**

All legal, printing, signing ceremony (if any), publicity (if any) and out-of-pocket expenses incurred in the negotiation, and completion of the Facility will be for the account of the Obligor. All expenses are payable within 30 days of the presentation of an invoice. Expenses will be payable whether or not Facility Documentation is signed.

**Material Adverse Effect:**

The terms set out in the Term Sheet are subject to there being no Material Adverse Effect, which in the reasonable opinion of Masraf Al Rayan's materially adverse on the Obligor's ability (i) to repay the Facility or (ii) to fulfil its payment and other material obligations under the Facility Documentation.

**Validity:**

This offer is valid for acceptance until 5th of December 2015

**Governing Law:**

1. This Agreement shall be governed and construed in accordance with laws of Qatar.

2. The Parties irrevocably agree that the Qatari courts shall have exclusive jurisdiction to settle any dispute that may arise out of or in connection with this Agreement.

for Mohammed I Al-Emadi
AGM – Wholesale Banking Group
Masraf Al Rayan

The above terms and conditions are accepted for and on behalf of Obligor

By Mr. _FAHEK J. DRDHAN_

Signature _____   Date: _November 9, 2015_

5.

https://www.sec.gov/Archives/edgar/data/820600/000101376216...