

|  | OMR | US$ | % |
|---|---|---|---|
| Total Free Cash Flows | OMR 1,168,573,660 | $3,038,291,515 | |
| NPV | OMR 597,112,514 | $1,552,492,537 | 54.6% |
| Omagine's 60% NPV Share | OMR 358,267,508 | $931,495,522 | |